IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    )
                                     )    2:09-cv-01451-GEB-KJM
            Plaintiff,               )
                                     )
       v.                            )    ORDER
                                     )
BOARDWALK RESTAURANT GROUP, INC.,    )
et al.,                              )
                                     )
            Defendants.              )
_____     )

        Plaintiff indicates in his status report filed on August 10,
2009, that he "plans to file a motion for default judgment against
defendants to be heard in October 2009."  If the referenced motion is
not filed timely as Plaintiff indicates, Plaintiff shall show cause in
a filing due on the first Monday in November 2009 why this action
should not be dismissed for failure of prosecution.

        The status (pretrial scheduling) conference scheduled in
this case for August 24, 2009, is continued to January 19, 2010, at
9:00 a.m.  Plaintiff shall file a status report not later than
fourteen days prior to the January 19, 2010, scheduling conference, in
which Plaintiff is only required to explain the status of the default
motion.

Dated:  August 19, 2009

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28